**David KERMES, Petitioner**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent**

2015–3148

United States Court of Appeals, Federal Circuit.

July 14, 2016

JIM CALLE, Law Office of Jim E. Calle, P.C., Tucson, AZ, argued for petitioner.

CHRISTOPHER KEITH WIMBUSH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

**JUDGMENT**

Per Curiam (Prost, Chief Judge, Schall and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**